IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **SSGT. JASON A. ADKINS, USAF,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **DONALD H. RUMSFELD, Secretary of** | : | C.A.No. 04-1453-JJF |
| **Defense; DR. JAMES G. ROCHE, Secretary** | : | |
| **of the Air Force; GENERAL JOHN W.** | : | |
| **HANDY, Commander Air Mobility Command;** | : | |
| **COL. JOHN I. PRAY JR., 436th Air Wing** | : | |
| **Commander, all in their official capacities,** | : | |
| | : | |
| **Defendants.** | : | |

**STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

It is hereby STIPULATED and AGREED by and between plaintiffs and defendants, subject to the approval of the Court, that:

1. The due date for plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss is hereby extended until March 21, 2005.

| | |
|---|---|
| Dated: March 2, 2005 | Dated: March 2, 2005 |
| **THE NEUBERGER FIRM, P.A.** | **U.S. DEPARTMENT OF JUSTICE** |
| /s/ Stephen J. Neuberger | /s/ Rudolph Contreras |
| **Stephen J. Neuberger, Esq. (#4440)** | **Rudolph Contreras, Esq.** |
| Two East Seventh Street, Suite 302 | Assistant U.S. Attorney |
| Wilmington, DE 19801 | Chief, Civil Division |
| (302) 655-0582 | 1007 N. Orange Street, Suite 700 |
| SJN@NeubergerLaw.com | Wilmington, DE 19899-2046 |
| | (302) 573-6277 |
| Attorneys for Plaintiff | Rudolph.Contreras@usdoj.gov |
| | |
| | Jeffrey D. Kahn, Esq. (MI Bar # P65270) |
| | Trial Attorney, Federal Programs Branch |
| | Civil Division, U.S. Department of Justice |
| | P.O. Box 883 Ben Franklin Station |
| | 20 Massachusetts Ave., N.W. |
| | Washington DC 20044 |
| | Tel.: (202) 514-3716; Fax: (202) 616-8470 |
| | Jeffrey.Kahn@usdoj.gov |
| | |
| | Attorneys for Defendants |

IT IS SO ORDERED this _____ day of _____, 2005.

_____
**THE HONORABLE JOSEPH J. FARNAN JR.**

Adkins \ Pleadings \ Stipulation - Briefing Motion To Dismiss.final