**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SSGT. JASON A. ADKINS, USAF,    ) | C.A. NO.: 04-1453-JJF |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | |
| ) | |
| DONALD H. RUMSFELD, Secretary of Defense;    ) | |
| JAMES G. ROCHE, Secretary of the Air Force;    ) | |
| GEN. JOHN W. HANDY, Commander Air Mobility ) | |
| Wing; COL. JOHN I. PRAY, JR., 436th Air Wing    ) | |
| Commander, in their official capacities,    ) | |
| ) | |
| Defendants.    ) | |

**STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE A
REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

It is hereby STIPULATED and AGREED by and between plaintiff and defendants, subject to the approval of the Court, that:

1. The due date for defendants' Reply Brief in Support of Defendants' Motion to Dismiss is hereby extended until April 25, 2005.

| | |
|---|---|
| Dated: March 23, 2005 | Dated: March 23, 2005 |
| **THE NEUBERGER FIRM, P.A.** | **U.S. DEPARTMENT OF JUSTICE** |

| | |
|---|---|
| _____/S/_____ | _____/S/_____ |
| **Stephen J. Neuberger, Esq. (# 4440)** | **Rudolph Contreras, Esq.** |
| Two East Seventh Street, Suite 302 | Assistant U.S. Attorney |
| Wilmington, DE 19801 | Chief, Civil Division |
| (302) 655-0582 | 1007 N. Orange Street, Suite 700 |
| SJN@NeubergerLaw.com | (302) 573-6277 |
| | Rudolph.Contreras@usdoj.gov |
| *Attorneys for Plaintiff* | |
| | Jeffrey D. Kahn, Esq. (MI Bar # P65270) |
| | Trial Attorney, Federal Programs Branch |
| | Civil Division, U.S. Department of Justice |
| | P.O. Box 883 Ben Franklin Station |
| | 20 Massachusetts Ave., N.W. |
| | Washington D.C. 20044 |
| | (202) 514-3716 |
| | Jeffrey.Kahn@usdoj.gov |
| | |
| | *Attorneys for Defendants* |

**IT IS SO ORDERED** this _____ day of March, 2005.


_____
**THE HONORABLE JOSEPH J. FARNAN JR.**
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23<u>rd</u> day of March 2005, I electronically filed the attached STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE A REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**Stephen J. Neuberger, Esq.**
Two East Seventh Street, Suite 302
Wilmington, DE 19801


                                                                   _____/S/_____
                                                                   RUDOLPH CONTRERAS
                                                                   Chief, Civil Division
                                                                   Assistant United States Attorney
                                                                   1007 Orange Street
                                                                   Suite 700
                                                                   Post Office Box 2046
                                                                   Wilmington, Delaware 19899-2046
                                                                   (302) 573-6277