IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT. JASON A. ADKINS, USAF, ) | C.A. NO.: 04-1453-JJF |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DONALD H. RUMSFELD, ) | |
| Secretary of Defense, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

UPON CONSIDERATION of the United States' motion to allow Department of Justice Attorney, Jeffrey D. Kahn, to appear without local counsel, the reasons stated therein, the lack of any opposition thereto, and the entire record herein, it is the 19 day of April, 2005 hereby

ORDERED that the United States' motion should be and it hereby is granted; and it is,

FURTHER ORDERED that, for this matter only, Local Rule 83.5(d) is waived, and Department of Justice Attorney, Jeffrey D. Kahn, is not required to associate with local counsel nor is the United States Attorney's Office required to sign pleadings nor attend proceedings with him; and it is,

FURTHER ORDERED that the Clerk's Office provide Department of Justice Attorney, Jeffrey D. Kahn, with an Electronic Filing Log-In and Password so that he may

file pleadings in this Court without the participation of the United States Attorney's Office.

                                         _____
                                         UNITED STATES DISTRICT JUDGE

- 2 -