IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SSGT. JASON A. ADKINS, USAF, | ) | C.A. NO.: 04-1453 (JJF) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| DONALD H. RUMSFELD, Secretary of Defense; | ) | |
| JAMES G. ROCHE, Secretary of the Air Force; | ) | |
| GEN. JOHN W. HANDY, Commander Air Mobility | ) | |
| Command; COL. JOHN I. PRAY, JR., 436th Air | ) | |
| Wing Commander, in their official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Jeffrey D. Kahn, Trial Attorney at the Department of Justice, Civil Division, and enters his appearance on behalf of Defendants in the above-captioned case.

Dated: April 22, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

COLM F. CONNOLLY
United States Attorney

RUDOLPH CONTRERAS
Assistant United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

_/s/ Jeffrey D. Kahn_
JEFFREY D. KAHN (MI Bar # P65270)
Trial Attorney, Federal Programs Branch
Civil Division, U.S. Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C. 20044
Tel: (202) 514-3716; Fax: (202) 616-8470
jeffrey.kahn@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2005, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

Thomas S. Neuberger, Esq.
The Neuberger Firm, P.A.
2 East Seventh Street, Suite 302
Wilmington, DE 19801-3707

JEFFREY D. KAHN (MI # P65270)
U.S. Department of Justice
P.O. Box 883 Ben Franklin Station
20 Massachusetts Ave., N.W.
Washington, D.C. 20044
Tel: (202) 514-3716
jeffrey.kahn@usdoj.gov