# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE                    PHONE: (302) 655-0582
STEPHEN J. NEUBERGER, ESQUIRE                    FAX: (302) 655-9329

June 30, 2005                                                    **VIA CM/ECF**

The Honorable Joseph J. Farnan, Jr.
Lock Box 27
United State District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

**RE:**    <u>Adkins v. Rumsfeld et al.</u>, C.A.No. 04-1453-JJF

Dear Judge Farnan,

      I write to call to your attention to a recent public employee free speech retaliation case from the Third Circuit Court of Appeals that bears directly upon defendants' pending motion to dismiss.

      The case is <u>McGreevy v. Stroup</u>, -- F.3d --, 2005 WL 1515891 (3d Cir. June 28, 2005). In this reported opinion, a public employee spoke out about several issues, including "unlicensed pesticide spraying which caused many students and teachers to become ill." <u>Id.</u> at *1; <u>see also</u> <u>id.</u> at *2. The Third Circuit held that this health related speech about the poisoning of public employees and others was a "matter[ ] of true public concern." <u>Id.</u> at *4.

      This recent holding strongly reinforces the legal argument set forth at pages 18-19 of Plaintiff's Answering Brief. In other words, Sgt. Adkins' speech regarding the poisoning of himself and other Air Force personnel by the infliction upon them of an illegal and tainted anthrax vaccine is a matter of strong public concern.

Respectfully Submitted,

/s/ Stephen J. Neuberger

The Honorable Joseph J. Farnan, Jr.
June 30, 2005
Page 2


cc:     Thomas S. Neuberger, Esq. (Via CM/ECF)
        John W. Whitehead, Esq. (Via E-Mail)
        Douglas McKusick, Esq. (Via E-Mail)
        Jeffrey Kahn, Esq. (Via CM/ECF)
        Clerk, U.S. District Court  (Via CM/ECF)
        S.Sgt. Jason A. Adkins (Via U.S. Mail)

Adkins, Jason / letters / Farnan.01