IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SSGT. JASON A. ADKINS, USAF,       :
                                    :
          Plaintiff,                :
                                    :
     v.                             :   Civil Action No. 04-1453-JJF
                                    :
DONALD H. RUMSFELD, Secretary of    :
Defense; JAMES G. ROCHE, Secretary  :
of the Air Force; GEN. JOHN W.      :
HANDY, Commander Air Mobility       :
Command, COL. JOHN I. PRAY, JR.,    :
436th Air Wing Commander, in their  :
official capacities,                :
                                    :
          Defendants.               :

**O R D E R**

At Wilmington, this 16 day of September 2005, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendants' Motion To Dismiss (D.I. 9) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE