IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT. JASON A. ADKINS, USAF, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD H. RUMSFELD, Secretary of Defense; ) <br> JAMES G. ROCHE, Secretary of the Air Force; ) <br> GEN. JOHN W. HANDY, Commander Air Mobility ) <br> Wing; COL. JOHN I. PRAY, JR., 436th Air Wing ) <br> Commander, in their official capacities, ) <br> ) <br> Defendants. ) | C.A. NO.: 04-1453-JJF |

**STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT**

It is hereby STIPULATED and AGREED by and between plaintiff and defendants, subject to the approval of the Court, that:

1. The due date for defendants' Answer is hereby extended until November 8, 2005.

2. This extension of time has been requested by counsel for defendants, who will be in the Russian Federation on United States Government business from Saturday, October 15, 2005 until Saturday, November 5, 2005.

Dated: September 30, 2005

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**Stephen J. Neuberger, Esq. (# 4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
SJN@NeubergerLaw.com

*Attorneys for Plaintiff*

Dated: September 30, 2005

**U.S. DEPARTMENT OF JUSTICE**

Jeffrey D. Kahn, Esq. (MI Bar # P65270)
Trial Attorney, Federal Programs Branch
Civil Division, U.S. Department of Justice
P.O. Box 883 Ben Franklin Station
20 Massachusetts Ave., N.W.
Washington D.C. 20044
(202) 514-3716
Jeffrey.Kahn@usdoj.gov

*Attorneys for Defendants*

**IT IS SO ORDERED** this ____ day of _____, 2005.

_____
**THE HONORABLE JOSEPH J. FARNAN JR.
UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September 2005, I electronically filed the attached STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Stephen J. Neuberger, Esq.
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
SJN@NeubergerLaw.com

Jeffrey D. Kahn, Esq. (MI Bar # P65270)
Trial Attorney, Federal Programs Branch
Civil Division, U.S. Department of Justice
P.O. Box 883 Ben Franklin Station
20 Massachusetts Ave., N.W.
Washington D.C. 20044
(202) 514-3716
Jeffrey.Kahn@usdoj.gov

*Attorney for Defendants*