IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT. JASON A. ADKINS, USAF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Act. No. 04-1453-JJF |
| ) | |
| DONALD H. RUMSFELD, Secretary of Defense; ) | |
| JAMES G. ROCHE, Secretary of the Air Force; ) | |
| GEN. JOHN W. HANDY, Commander Air ) | |
| Mobility Command, COL. JOHN I. PRAY, JR., ) | |
| 436th Air Wing Commander, in their official ) | |
| capacities, ) | |
| ) | |
| Defendants. ) | |

MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Susan B. Cassidy, Randal Shaheen, Melvin Spaeth, M. Katherine Stroker, and Joshua Brooks to represent Plaintiff Jason Adkins in this matter.

Respectfully Submitted,

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

1

## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT. JASON A. ADKINS, USAF, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. Act. No. 04-1453-JJF |
| DONALD H. RUMSFELD, Secretary of Defense; JAMES G. ROCHE, Secretary of the Air Force; GEN. JOHN W. HANDY, Commander Air Mobility Command, COL. JOHN I. PRAY, JR., 436th Air Wing Commander, in their official capacities, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                  United States District Judge

2

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT. JASON A. ADKINS, USAF, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD H. RUMSFELD, Secretary of Defense; )<br>JAMES G. ROCHE, Secretary of the Air Force; )<br>GEN. JOHN W. HANDY, Commander Air )<br>Mobility Command, COL. JOHN I. PRAY, JR., )<br>436th Air Wing Commander, in their official )<br>capacities, )<br>)<br>Defendants. ) | Civ. Act. No. 04-1453-JJF |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, we certify that we are eligible for admission to this Court, are admitted, practicing and in good standing as members of the Bar of District of Columbia and pursuant to Local Rule 85.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. We also certify that we are generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/11/05, we further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Arnold & Porter LLP
Susan Cassidy, Esq.
555 12th Street, NW
Washington, DC 20004
202-942-5000 (phone)
202-942-5999 (fax)

_____
Arnold & Porter LLP
Randal Shaheen, Esq.
555 12th Street, NW
Washington, DC 20004
202-942-5000 (phone)
202-942-5999 (fax)

_____
Arnold & Porter LLP
Melvin Spaeth, Esq.
555 12th Street, NW
Washington, DC 20004
202-942-5000 (phone)
202-942-5999 (fax)

_____
Arnold & Porter LLP
M. Katherine Stroker, Esq.
555 12th Street, NW
Washington, DC 20004
202-942-5000 (phone)
202-942-5999 (fax)

**Attorneys for Plaintiff Jason Adkins**                Dated: November 4, 2005

3

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SSGT. JASON A. ADKINS, USAF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 04-1453-JJF |
| | ) | |
| DONALD H. RUMSFELD, Secretary of Defense; | ) | |
| JAMES G. ROCHE, Secretary of the Air Force; | ) | |
| GEN. JOHN W. HANDY, Commander Air | ) | |
| Mobility Command, COL. JOHN I. PRAY, JR., | ) | |
| 436th Air Wing Commander, in their official | ) | |
| capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 85.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/11/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
**Arnold & Porter LLP**
**Joshua A. Brook**
399 Park Avenue
New York, New York 10022-4690
212-715-1000 (phone)
212-715-1399 (fax)

**Attorney for Plaintiff Jason Adkins**

Dated November 3, 2005

4

**CERTIFICATE OF SERVICE**

    I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on November 15, 2005, I electronically filed this Pleading with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

    Rudolph Contreras, Esq.
    Assistant U.S. Attorney
    Chief, Civil Division, U.S. Department of Justice
    1007 N. Orange Street, Suite 700
    Wilmington, DE 19899-2046
    Rudolph.Contreras@usdoj.gov

    Jeffrey D. Kahn, Esq.
    Trial Attorney, Federal Programs Branch
    Civil Division, U.S. Department of Justice
    P.O. Box 883 Ben Franklin Station
    20 Massachusetts Ave., N.W.
    Washington, DC 20044
    Jeffrey.Kahn@usdoj.gov

    /s/ Stephen J. Neuberger
    **STEPHEN J. NEUBERGER, ESQ.**