IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SSGT. JASON A. ADKINS, USAF, | ) | C.A. NO.: 04-1453-JJF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD H. RUMSFELD, Secretary of Defense; | ) | |
| JAMES G. ROCHE, Secretary of the Air Force; | ) | |
| GEN. JOHN W. HANDY, Commander Air Mobility Wing; | ) | |
| COL. JOHN I. PRAY, JR., 436th Air Wing Commander, in their official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

It is hereby STIPULATED and AGREED by and between plaintiff and defendants, subject to the approval of the Court, that:

1. The due date for defendants' response to plaintiff's First Amended Complaint is hereby extended until January 18, 2006.

Dated: November 22, 2005

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**Stephen J. Neuberger, Esq. (# 4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
SJN@NeubergerLaw.com

*Attorneys for Plaintiff*

Dated: November 22, 2005

**U.S. DEPARTMENT OF JUSTICE**

**Jeffrey D. Kahn, Esq. (MI Bar # P65270)**
Trial Attorney, Federal Programs Branch
Civil Division, U.S. Department of Justice
P.O. Box 883 Ben Franklin Station
20 Massachusetts Ave., N.W.
Washington D.C. 20044
(202) 514-3716
Jeffrey.Kahn@usdoj.gov

*Attorneys for Defendants*

**IT IS SO ORDERED** this ____ day of _____, 2005.

_____
**THE HONORABLE JOSEPH J. FARNAN JR.
UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November 2005, I electronically filed the attached STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Stephen J. Neuberger, Esq.
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
SJN@NeubergerLaw.com


Jeffrey D. Kahn, Esq. (MI Bar # P65270)
Trial Attorney, Federal Programs Branch
Civil Division, U.S. Department of Justice
P.O. Box 883 Ben Franklin Station
20 Massachusetts Ave., N.W.
Washington D.C. 20044
(202) 514-3716
Jeffrey.Kahn@usdoj.gov

*Attorney for Defendants*