IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT. JASON A. ADKINS, USAF, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD H. RUMSFELD, Secretary of Defense; ) <br> JAMES G. ROCHE, Secretary of the Air Force; ) <br> GEN. JOHN W. HANDY, Commander Air Mobility ) <br> Command; COL. JOHN I. PRAY, JR., 436th Air ) <br> Wing Commander, in their official capacities, ) <br> ) <br> Defendants. ) | C.A. NO.: 04-1453 <br><br> **DEFENDANTS' NOTICE** <br> **OF MOTION TO DISMISS** |

Dated: January 18, 2006

Of Counsel:

LT COL DONNA MARIE VERCHIO
Staff Judge Advocate
Dover Air Force Base
MAJ CHARLES D. MUSSELMAN, JR.
Military Personnel Branch
General Litigation Division
Air Force Legal Services Agency

PETER D. KEISLER
Assistant Attorney General
COLM F. CONNOLLY
United States Attorney
RUDOLPH CONTRERAS
Assistant United States Attorney
VINCENT M. GARVEY
Deputy Branch Director
JEFFREY D. KAHN (MI Bar # P65270)
Trial Attorney, Federal Programs Branch
Civil Division, U.S. Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C. 20044
Tel: (202) 514-3716
Fax: (202) 616-8470
jeffrey.kahn@usdoj.gov

*Attorneys for Defendants*

Defendants Secretary of Defense Donald H. Rumsfeld, Secretary of the Air Force James G. Roche, General John W. Handy, and Colonel John I. Pray, Jr., through undersigned counsel, hereby move the Court, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss plaintiff's Amended Complaint. In support of this motion, the Court is respectfully referred to the accompanying Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss and the attached Exhibits.

Dated: January 18, 2006

Of Counsel:

LT COL DONNA MARIE VERCHIO
Staff Judge Advocate
Dover Air Force Base
MAJ CHARLES D. MUSSELMAN, JR.
Military Personnel Branch
General Litigation Division
Air Force Legal Services Agency

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

COLM F. CONNOLLY
United States Attorney

RUDOLPH CONTRERAS
Assistant United States Attorney
Chief, Civil Division

VINCENT M. GARVEY
Deputy Branch Director

JEFFREY D. KAHN (MI Bar # P65270)
Trial Attorney, Federal Programs Branch
Civil Division, U.S. Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C. 20044
Tel: (202) 514-3716
Fax: (202) 616-8470
jeffrey.kahn@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on January 18, 2006, I electronically filed the foregoing Defendants' Notice of Motion to Dismiss with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Thomas S. Neuberger
Email: tsn@neubergerlaw.com

Stephen J. Neuberger
Email: SJN@NeubergerLaw.com

JEFFREY D. KAHN (MI # P65270)