IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT. JASON A. ADKINS, USAF, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD H. RUMSFELD, Secretary of Defense; ) <br> JAMES G. ROCHE, Secretary of the Air Force; ) <br> GEN. JOHN W. HANDY, Commander Air Mobility ) <br> Command; COL. JOHN I. PRAY, JR., 436th Airlift ) <br> Wing Commander, in their official capacities, ) <br> ) <br> Defendants. ) | C.A. NO.: 04-1453-JJF |

### [DEFENDANTS' PROPOSED] ORDER

Upon Defendants' motion, and having heard all parties, **IT IS HEREBY ORDERED**, that Defendants' Motion to Dismiss is **GRANTED.**

**IT IS FURTHER ORDERED**, that Plaintiff's action is dismissed with prejudice.

Dated: _____

_____
JOSEPH J. FARNAN, JR.
United States District Judge