IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT JASON A. ADKINS, USAF, ) | C.A. NO.: 04-1453-JJF |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFENDANTS'** |
| ) | **MEMORANDUM OF** |
| DONALD H. RUMSFELD, Secretary of Defense; ) | **LAW IN SUPPORT OF** |
| JAMES G. ROCHE, Secretary of the Air Force; ) | **DEFENDANTS' MOTION** |
| GEN. JOHN W. HANDY, Commander Air Mobility ) | **TO DISMISS** |
| Command; COL. JOHN I. PRAY, JR., 436th Airlift ) | |
| Wing Commander, in their official capacities, ) | |
| ) | |
| Defendants. ) | |

**EXHIBIT 3:**

**AFFIDAVIT OF RONALD M. BERNARDIN III**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT. JASON A. ADKINS, USAF, ) | C.A. NO.: 04-1453-JJF |
| Plaintiff, ) | |
| v. ) | |
| DONALD H. RUMSFELD, Secretary of Defense; ) JAMES G. ROCHE, Secretary of the Air Force; ) GEN. JOHN W. HANDY, Commander Air Mobility) Wing; COL. JOHN I. PRAY, JR., 436th Air Wing ) Commander, in their official capacities, ) | |
| Defendants. ) | |

## AFFIDAVIT OF RONALD M. BERNARDIN III

I, Ronald M. Bernardin III, state under penalty of perjury the following:

1. I am a Captain in the United States Air Force. I am currently stationed at Dover Air Force Base where I serve as a Flight Surgeon in the Flight Medicine Clinic for the 436th Airlift Wing. I have served in that capacity since 11 July 2003. This is my first duty assignment.

2. On October 21, 2004, I examined Jason Adkins at an unscheduled appointment at the Flight Medicine Clinic. Following the examination, I changed Adkins' status to "Duties Not to Include Flying" and prescribed certain medication.

3. Prior to the issuance of a letter of reprimand to Jason Adkins, which I understand to have occurred on the morning of October 22, 2004, I neither informed anyone nor was asked by anyone about the content or subject matter of my conversation with Jason Adkins at his examination on October 21, 2004.

Dated: January 09, 2006

_____
Capt Ronald M. Bernardin III