IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT JASON A. ADKINS, USAF, ) | C.A. NO.: 04-1453-JJF |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFENDANTS'** |
| ) | **MEMORANDUM OF** |
| DONALD H. RUMSFELD, Secretary of Defense; ) | **LAW IN SUPPORT OF** |
| JAMES G. ROCHE, Secretary of the Air Force; ) | **DEFENDANTS' MOTION** |
| GEN. JOHN W. HANDY, Commander Air Mobility ) | **TO DISMISS** |
| Command; COL. JOHN I. PRAY, JR., 436th Airlift ) | |
| Wing Commander, in their official capacities, ) | |
| ) | |
| Defendants. ) | |

**EXHIBIT 4:**

**AFFIDAVIT OF ANTHONIA K. EDWARDS**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SSGT. JASON A. ADKINS, USAF, | ) | C.A. NO.: 04-1453-JJF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD H. RUMSFELD, Secretary of Defense; | ) | |
| JAMES G. ROCHE, Secretary of the Air Force; | ) | |
| GEN. JOHN W. HANDY, Commander Air Mobility | ) | |
| Wing; COL. JOHN I. PRAY, JR., 436th Air Wing | ) | |
| Commander, in their official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF ANTHONIA K. EDWARDS

I, Anthonia K. Edwards, state under penalty of perjury the following:

1. I am a Senior Airman in the United States Air Force. I am currently stationed at Dover Air Force Base where I serve as a Finance Customer Service Technician in the 436th Comptroller Squadron, a component of the 436th Airlift Wing. I have served in that capacity since April 14, 2003. My primary responsibility is to calculate the correct pay and other benefits for enlisted personnel at Dover Air Force Base.

2. I calculated SSgt Adkins' projected back pay according to methods and source materials regularly used by this office. SSgt Adkins' previous pay record was used to determine his pay grade (E-5), time in grade (6 years), time in service (15 years), and separation date (15 May, 2005). The pay rates were obtained from the Defense Finance and Accounting Service

website (http://www.dod.mil/dfas/money/milpay/). The housing allowance rates were obtained from the Department of Defense Per Diem, Travel and Transportation Allowance Committee website (https://secureapp2.hqda.pentagon.mil/perdiem/bah.html). SSgt Adkins' flight pay rates were obtained from Defense Finance and Accounting Service-Denver Manual 7073-1, which is the DJMS Active Component FSO Procedures.

3. Based on the above information, I calculated that from the date of separation from the Air Force, May 15, 2005, to 30 Nov, 2005, when I made this calculation, SSgt Adkins would be entitled to back pay in the amount no less than $21,043.36 net pay, exclusive of flight pay.

Dated: January 9, 2006

Anthonia K. Edwards, SrA, USAF