IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT JASON A. ADKINS, USAF, ) | C.A. NO.: 04-1453-JJF |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | **DEFENDANTS'** |
| ) | **MEMORANDUM OF** |
| DONALD H. RUMSFELD, Secretary of Defense; ) | **LAW IN SUPPORT OF** |
| JAMES G. ROCHE, Secretary of the Air Force; ) | **DEFENDANTS' MOTION** |
| GEN. JOHN W. HANDY, Commander Air Mobility ) | **TO DISMISS** |
| Command; COL. JOHN I. PRAY, JR., 436th Airlift ) | |
| Wing Commander, in their official capacities, ) | |
| ) | |
| Defendants. ) | |

EXHIBIT 5:

AFFIDAVIT OF JOSEPH A. HELMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SSGT JASON A. ADKINS, USAF, | ) | C.A. NO.: 04-1453-JJF |
| Plaintiff, | ) | |
| v. | ) | |
| DONALD H. RUMSFELD, Secretary of Defense; JAMES G. ROCHE, Secretary of the Air Force; GEN JOHN W. HANDY, Commander Air Mobility Wing; COL JOHN I. PRAY, JR., 436th Air Wing Commander, in their official capacities, | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF JOSEPH A. HELMAN

I, Joseph A. Helman, state under penalty of perjury that the foregoing is true and correct:

1. I am a Master Sergeant in the United States Air Force. I am currently stationed at Randolph Air Force Base, Texas, where I serve as the Non-Commissioned Officer In Charge (NCOIC) of Records Procedures and as a custodian of Master Personnel Records. I have served in that capacity since May 31, 2005. In that capacity, I am responsible for the safekeeping of official files concerning United States Air Force personnel.

2. On November 23, 2005, I obtained the Master Personnel Record of Jason A. Adkins, whose last duty assignment was Third Airlift Squadron, 436th Airlift Wing, Dover Air Force Base.

3. I certify that the attached three documents (Enlisted Performance Report,

February 20, 2004 to February 19, 2005; Enlisted Performance Report, February 20, 2003 to February 19, 2004; and Aeronautical Order Number 0352, Terminate Aviation Service, April 1, 2005) are certified true copies of the same documents maintained in the Master Personnel Record of Jason A. Adkins.

Executed on: January 18, 2006

*[signature]*
MSgt Joseph A. Helman, USAF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SSGT JASON A. ADKINS, USAF, | ) | C.A. NO.: 04-1453-JJF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS'** |
| | ) | **MEMORANDUM OF** |
| DONALD H. RUMSFELD, Secretary of Defense; | ) | **LAW IN SUPPORT OF** |
| JAMES G. ROCHE, Secretary of the Air Force; | ) | **DEFENDANTS' MOTION** |
| GEN. JOHN W. HANDY, Commander Air Mobility | ) | **TO DISMISS** |
| Command; COL. JOHN I. PRAY, JR., 436th Airlift | ) | |
| Wing Commander, in their official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

EXHIBIT 5-A:

ENLISTED PERFORMANCE REPORT FOR JASON A. ADKINS
FEBRUARY 20, 2004 TO FEBRUARY 19, 2005

**SEALED DOCUMENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT JASON A. ADKINS, USAF, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD H. RUMSFELD, Secretary of Defense; ) <br> JAMES G. ROCHE, Secretary of the Air Force; ) <br> GEN. JOHN W. HANDY, Commander Air Mobility ) <br> Command; COL. JOHN I. PRAY, JR., 436th Airlift ) <br> Wing Commander, in their official capacities, ) <br> ) <br> Defendants. ) | C.A. NO.: 04-1453-JJF <br><br> **DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

EXHIBIT 5-B:

**ENLISTED PERFORMANCE REPORT FOR JASON A. ADKINS
FEBRUARY 20, 2003 TO FEBRUARY 19, 2004**

**SEALED DOCUMENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT JASON A. ADKINS, USAF, ) | C.A. NO.: 04-1453-JJF |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFENDANTS'** |
| ) | **MEMORANDUM OF** |
| DONALD H. RUMSFELD, Secretary of Defense; ) | **LAW IN SUPPORT OF** |
| JAMES G. ROCHE, Secretary of the Air Force; ) | **DEFENDANTS' MOTION** |
| GEN. JOHN W. HANDY, Commander Air Mobility ) | **TO DISMISS** |
| Command; COL. JOHN I. PRAY, JR., 436th Airlift ) | |
| Wing Commander, in their official capacities, ) | |
| ) | |
| Defendants. ) | |

EXHIBIT 5-C:

AERONAUTICAL ORDER NUMBER 0352
TERMINATE AVIATION SERVICE, APRIL 1, 2005

**SEALED DOCUMENT**