IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT JASON A. ADKINS, USAF, ) | C.A. NO.: 04-1453-JJF |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFENDANTS'** |
| ) | **MEMORANDUM OF** |
| DONALD H. RUMSFELD, Secretary of Defense; ) | **LAW IN SUPPORT OF** |
| JAMES G. ROCHE, Secretary of the Air Force; ) | **DEFENDANTS' MOTION** |
| GEN. JOHN W. HANDY, Commander Air Mobility ) | **TO DISMISS** |
| Command; COL. JOHN I. PRAY, JR., 436th Airlift ) | |
| Wing Commander, in their official capacities, ) | |
| ) | |
| Defendants. ) | |

**EXHIBIT 8:**

**DOVER AIR FORCE BASE INSTRUCTION 11-206**

BY ORDER OF THE COMMANDER,  
436TH AIRLIFT WING

DOVER AIR FORCE BASE  
INSTRUCTION 11-206  
9 APRIL 2004

*Flying Operations*

D-ALERT PROCEDURES AND LAUNCH RESPONSIBILITIES



**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

NOTICE:   This publication is available digitally on the AFDPO WWW site at: **http://www.e-publishing.af.mil.**

OPR: 436 OSS/OSO (Maj Herbison)

Certified by: 436 OSS/CC (Lt Col Hamilton)  
Pages: 5  
Distribution: F

This Dover Air Force Base Instruction (DAFBI) outlines procedures and responsibilities for the management and execution of the JCS-directed D-Alert commitment of the 436th Airlift Wing, Dover AFB Delaware. This guidance is applicable to the 436 OSS/OSO, 436 AW/CP, 436 OSS/OSL, 436 OSS/IN, 436 AMXS, 436 SFS, 3 AS, and 9 AS.

**1. General:** D-Alert is a high-priority JCS alert posture. It requires two NVG Airland crews consisting of 2 Air Refueling/NVG Aircraft Commanders, 1 Copilot, 2 First Engineers, 3 Loadmasters, and 1 Flying Crew Chief (FCC). Crews will be on alert for approximately 2 weeks. Changeover days will be identified by 436 OSS/OSO, normally every other Friday at 1300L. 436 OSS/OSO is responsible for overall D-Alert program management.

**2. Procedures:**

2.1. Swap Over. On-coming D-Alert crews will officially assume alert responsibilities at 1300L on alert changeover day. At that time, all off-going and on-coming D-Alert crew members will report to the 436 OSS/IN conference room, Building 501. The Alert Manager will perform a roll call of all crews. Off-going crews will turn in their pagers to the Alert Manager and will then be released from D-Alert, as long as their replacement is present. The off-going crews will return all applicable equipment to Life Support once released. The Alert Manager will reissue pagers to the on-coming crew members by position, perform a group pager check, and brief on-coming crews of their alert responsibilities and the procedures to follow in the event of an actual launch. Following the briefing, both on-coming aircraft commanders will conduct initial crew briefs.

2.2. Interim Swap Outs. For interim crew member swap outs, pagers will be exchanged face-to-face at Current Operations during normal duty hours (0730-1630) with an updated set of crew orders by individual alert crew position (e.g., the off-going flight engineer exchanges, in person, the pager with the on-coming flight engineer). Crew members will not turn group pagers over to any other person other than their replacement or the Alert Manager. In extreme cases where a swap out must occur after

normal duty hours, the Alert Manager will be contacted by the requesting squadron to coordinate the pager exchange. Crew members must ensure there is no gap in alert coverage.

3. **Responsibilities:**

   3.1. 436 OSS/OSO "Alert Manager" will:

   3.1.1. Interface with higher headquarters and primary users.

   3.1.2. Act as the 436 AW focal point for all D-Alert issues.

   3.1.3. Manage and issue all D-Alert group pagers.

   3.1.4. Brief on-coming D-Alert crews.

   3.1.5. Maintain an updated list of aircrew members and crew chiefs on alert.

   3.1.6. Accomplish appropriate Quick Reaction Checklist (QRC) in the event of a launch.

   3.1.7. Periodically exercise D-Alert launch procedures.

   3.1.8. Notify TACC/XOOS of any break in D-Alert capability and provide a get well time.

   3.1.9. Notify 436 OSS/OSO "Bookie" of reconstitution requirements in the event of a launch.

   3.2. 436 AW/CP will:

   3.2.1. In the event of a launch, accomplish the appropriate QRC via secure means.

   3.2.2. Perform a group page of D-Alert crew members immediately upon alert notification.

   3.2.3. Track crew member acknowledgements of the D-Alert group page.

   3.2.4. Immediately notify OG/CC and 436 OSS/OSO in the event 436 AW does not have, or projects not to have, two FMC B-model aircraft with hydraulic winches on station.

   3.2.5. Assist with weekly pager checks as required by OSO.

   3.2.6. Immediately notify 436 OSS/OSO in the event weather conditions exist or are forecast to exist which could cause airfield operations to cease.

   3.3. 436 OSS/OSL will:

   3.3.1. Maintain life support equipment for D-Alert crews.

   3.3.2. Notify 436 OSS/OSO of any existing or potential equipment shortfalls that may impact alert coverage.

   3.3.3. Assist D-Alert crews with equipment preflight. Equipment preflights will include helmets with oxygen masks, hard mounts and slimline battery packs, -4949 NVGs, and AERP gear.

   3.3.4. Deliver alert crew D-bags to the aircraft during a launch.

   3.3.5. Maintain an updated list of aircrew members and crew chiefs on alert.

   3.4. 436 OSS/IN will:

   3.4.1. Update 436 OSS/OSO on significant intelligence events as they occur.

   3.4.2. Brief D-Alert crews as required.

3.5. 3 AS and 9 AS will:

3.5.1. Ensure D-Alert crews are properly trained, fully qualified, current, equipped, and ready to assume alert duties.

3.5.2. Ensure D-Alert crews are on alert at all times IAW the monthly WOP.

3.5.3. Train Mission Control Center (MCC) personnel in D-Alert QRC and STU-III phone procedures. Ensure MCC personnel have immediate 24-hour access to a STU-III telephone.

3.5.4. Immediately notify 436 OSS/OSO of any break in D-Alert capability (e.g., DNIF) and provide a get well time.

3.5.5. Provide Life Support with fax notification, of any changes in personnel on D-Alert. Individual D-Alert crew member swap outs require the on-coming crew member(s) to report to Life Support to perform an equipment preflight prior to assuming D-Alert.

3.5.6. Exercise STU-III procedures when directed by 436 OSS/OSO.

3.5.7. Prior to 0900L on alert changeover days, fax to 436 OSS/OSO crew orders for the on-coming D-Alert crew.

3.5.8. Accomplish appropriate QRC in the event of a launch.

3.5.9. Immediately reconstitute the D-Alert upon notification by the 436 OSS/OSO "Bookie."

3.5.10. Obtain all pagers from alert crew members upon their arrival at the squadron after an alert notification. Coordinate with the Alert Manager for time and location of crew briefing in the event of an actual launch.

3.5.11. Ensure all off-going and on-coming D-Alert crew members report to the 436 OSS/IN Conference room for alert briefing at 1300L on changeover day.

3.5.12. Provide interim swap out crew members with an updated copy of crew orders to provide to 436 OSS/OSO.

3.6. D-Alert crew members will:

3.6.1. Preflight life support equipment prior to assuming D-Alert. Equipment preflights will include helmets with oxygen masks, hard mounts and battery packs, -4949 NVGs, and AERP gear.

3.6.2. Report to the 436 OSS/IN Conference room for alert briefing at 1300L on changeover day.

3.6.3. Store their equipment, excluding D-bags, in the squadron or carry it with them while on alert. D-bags will be stored by Life Support and delivered to the aircraft in the event of a launch.

3.6.4. Be on a group pager at all times. Personal pagers will not be utilized for D-Alert purposes. In extreme cases, crew members who are unable to attend D-Alert swap over due to flying or simulator training will make special arrangements with Current Operations prior to swap over.

3.6.5. Remain in the local area defined as: No farther North than the Christiana Mall, no farther South or East than Rehoboth, and no farther West than the Chesapeake Bay Bridge.

3.6.6. Immediately notify the appropriate MCC and scheduler if unable to perform alert duties.

Case 1:04-cv-01453-JJF    Document 29-9    Filed 01/18/2006    Page 5 of 6

4                                              DOVERAFBI11-206  9 APRIL 2004

3.6.7. Upon group page alert, immediately call Command Post to acknowledge the alert; limit statement to, "This is (member), I acknowledge the alert."

3.6.8. Report to the appropriate MCC ASAP after initial group page alert notification, prepared for duty with gear and clothing to support a 3-week deployment. Crew members will not query the MCC about any issues related to the alert.

3.6.9. Turn pagers over to the MCC upon show at the Squadron in the event of an actual launch.

3.6.10. Return applicable life support equipment immediately upon alert/mission termination.

3.7. 436 AMXS will:

3.7.1. Keep a minimum of eight FCCs D-Alert qualified.

3.7.2. Ensure two FCCs are on D-Alert at all times.

3.7.3. Train AMXS Control Center (Charlie 10) personnel in D-Alert and STU-III phone procedures.

3.7.4. Ensure Control Center personnel have 24-hour access to a STU-III telephone.

3.7.5. Immediately notify 436 OSS/OSO of any break in D-Alert capability and provide a get well time.

3.7.6. Prior to 0900L on alert changeover day, fax a list of on-coming D-Alert crew chiefs to Current Operations.

3.7.7. Telephone alert FCCs during a D-Alert launch using the appropriate QRC.

3.7.8. Reconstitute D-Alert FCCs following an actual launch.

3.7.9. Ensure D-Alert FCCs report to the 436 OSS/IN conference room for alert briefing and pager check at 1300L on changeover day.

3.7.10. Obtain all pagers from alert FCCs upon crew chief show at the Squadron in the event of an actual launch.

3.8. Flying Crew Chiefs will:

3.8.1. Report to the 436 OSS/IN conference room for alert briefing at 1300L on changeover day.

3.8.2. Be on a group pager at all times. Personal pagers will not be utilized for D-Alert.

3.8.3. Remain in the local area defined as: No farther North than the Christiana Mall, no farther South than Rehoboth, and no farther East/West than the Delaware Memorial/Chesapeake Bay Bridges.

3.8.4. Upon group pager alert, immediately call Command Post to acknowledge the alert; limit statement to, "This is (member), I acknowledge the alert."

3.8.5. Report to Charlie 10 ASAP after initial group page alert notification with gear and clothing to support a 3-week deployment. FCCs will not query Charlie 10 for additional information about the alert notification.

3.8.6. Immediately notify Charlie 10 if unable to perform alert duties.

3.8.7. Turn pagers over to Charlie 10 upon arrival at the Squadron in the event of a launch.

3.9. 436 SFS will:

3.9.1. In the event of a launch, accomplish the appropriate QRC.

3.9.2. Train appropriate Armory personnel in required duties to accomplish the QRC.

3.9.3. Have pre-assembled weapons boxes for both D-Alert crews.

3.9.4. Ensure 3 weapons and ammo IAW normal Aircrew Anti-hijacking arming procedures are available for issue to each D-Alert crew and prepositioned at the Armory for immediate pickup in the event of a launch.

3.9.5. Accomplish AF Form 1297, **Temporary Issue Receipt**, for each weapons box for sign over to crews.

3.9.6. On receipt of QRC initiation, notify both gate details and instruct "Alert launch is in progress. Do not delay crew members or 436 OSS/OSO staff."

4. **Performance of Duties:**

4.1. D-Alert crew members are authorized to fly or perform simulator missions on alert IAW AFI 11-2C-5, Volume 3, *C-5 Operations Procedures*, Chapter 3 guidelines with the following additional 436 OG restrictions:

4.1.1. Show time through debriefing time only during "normal waking hours" defined as 0700-2359 (L). Crew duty will not exceed eight hours.

4.2. If ground/office duties are performed IAW AFI 11-2C-5V3, Chap 3 guidelines, crew members will not exceed an 8-hour workday (including FCCs).

4.3. Consumption of alcohol while on D-Alert is prohibited.

4.4. Strict adherence to these procedures is critical to ensure a successful alert launch. Any problems associated with the D-Alert posture must be reported immediately 436 OSS/OSO for resolution.


JOHN I. PRAY, JR., Colonel, USAF
Commander, 436th Airlift Wing