IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SSGT JASON A. ADKINS, USAF, | ) | C.A. NO.: 04-1453-JJF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS'** |
| | ) | **MEMORANDUM OF** |
| DONALD H. RUMSFELD, Secretary of Defense; | ) | **LAW IN SUPPORT OF** |
| JAMES G. ROCHE, Secretary of the Air Force; | ) | **DEFENDANTS' MOTION** |
| GEN. JOHN W. HANDY, Commander Air Mobility | ) | **TO DISMISS** |
| Command; COL. JOHN I. PRAY, JR., 436th Airlift | ) | |
| Wing Commander, in their official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBIT 9:**

**UNITED STATES AIR FORCE ALMANAC
(EXCERPT FROM AIR FORCE MAGAZINE, MAY 2004)**

# USAF Almanac

## Major Commands

A major command is a subdivision of the Air Force assigned a major part of the Air Force mission and directly subordinate to Hq. USAF. In general, there are two types of major commands: functional and geographical.

## Air Combat Command

**Headquarters** Langley AFB, Va.

**Established** June 1, 1992

**Commander** Gen. Hal M. Hornburg

**MISSIONS**
**Operate** USAF bombers (active and ANG and AFRC gained); USAF's CONUS-based (active and gained) fighter and attack, reconnaissance, battle management, and command and control aircraft and intelligence and surveillance systems
**Organize,** train, equip, and maintain combat-ready forces for rapid deployment and employment to meet the challenges of peacetime air sovereignty and wartime air defense
**Provide** combat airpower to America's warfighting commands (Central, European, Northern, Pacific, and Southern); nuclear, conventional, and information operations forces to STRATCOM; air defense forces to NORAD

**COROLLARY MISSIONS**
**Monitor** and intercept illegal drug traffic
**Test** new combat equipment

**FORCE STRUCTURE**
Three numbered air forces: **8th,** Barksdale AFB, La.; **9th,** Shaw AFB, S.C.; **12th,** Davis–Monthan AFB, Ariz.
Three primary subordinate units: Air and Space Expeditionary Force Center, Langley AFB, Va.; Air Intelligence Agency, Lackland AFB, Tex.; Air Warfare Center, Nellis AFB, Nev.
26 wings
Three groups

**OPERATIONAL ACTIVITY**
Flying hours: 32,425 per month

**Major operations**
Enduring Freedom (Afghanistan); Iraqi Freedom (Iraq); Noble Eagle (US)

**Major training exercises**
Air Warrior and AW II; Amalgam Warrior; Baltops; Blue Advance; Blue Flag; Bright Star; Cooperative Zenith; Eagle Flag; Fuertas Defensas; Global Guardian; Initial Link; Internal Look; Joint Task Force Exercise; Linked Seas; Maple Flag; New Horizons; Northern Viking; Red Flag; Roving Sands; Rugged Arch; Strong Resolve

**PERSONNEL**
(as of Sept. 30, 2003)

| | | |
|---|---:|---:|
| Active duty | | 93,115 |
|   Officers | 13,094 | |
|   Enlisted | 80,021 | |
| Reserve components | | 54,459 |
|   ANG | 45,469 | |
|   AFRC | 8,990 | |
| Civilian | | 9,690 |
| **Total** | | **157,264** |



*The B-2* Spirit of Pennsylvania *from the 509th Bomb Wing, Whiteman AFB, Mo., sits on the ramp at Nellis AFB, Nev. The bomber and personnel from Whiteman were at Nellis participating in a Red Flag exercise.*

USAF photo by MSgt. Michael R. Nixon

# Air Mobility Command

**Headquarters** Scott AFB, Ill.

**Established** June 1, 1992

**Commander** Gen. John W. Handy

**MISSIONS**
**Provide** rapid global mobility and sustainment through tactical and strategic airlift and aerial refueling for US armed forces

**COROLLARY MISSIONS**
**Provide** special duty and operational support aircraft and global humanitarian support
**Perform** peacetime and wartime aeromedical evacuation missions

**FORCE STRUCTURE**
One numbered air force: **18th,** Scott AFB, Ill.
Two expeditionary mobility task forces: 15th, Travis AFB, Calif.; 21st, McGuire AFB, N.J.
Three DRUs: Air Mobility Warfare Center, Ft. Dix, N.J.; Tanker Airlift Control Center, Scott AFB, Ill.; Defense Courier Service, Ft. Meade, Md.
12 wings
Three groups

**OPERATIONAL ACTIVITY**
Flying hours: 41,272 per month

**Major operations**
Deep Freeze (Antarctic); Enduring Freedom (Afghanistan); Iraqi Freedom (Iraq); Noble Eagle (US); Wildland Wildfire (US fire fighting)

**Major training exercises**
Cobra Gold; Determined Promise; Flintlock; Global Guardian; Internal Look; JTFEX; Joint Readiness Training Center Exercises; New Horizons; Reception Staging and Onward Integration; Red Flag; Terminal Fury; Ulchi Focus Lens

**PERSONNEL**
(as of Sept. 30, 2003)

| | | |
|---|---:|---:|
| Active duty | | 53,083 |
| Officers | 9,185 | |
| Enlisted | 43,898 | |
| Reserve components | | 86,547 |
| ANG | 40,177 | |
| AFRC | 46,370 | |
| Civilian | | 8,727 |
| Total | | 148,357 |





TSgt. Gabe Renteria (above), a loadmaster with the 745th Expeditionary Airlift Squadron, checks an engine before a supply mission at a forward operating base. At left, a C-17 from Charleston AFB, S.C., is on final approach at Bagram airfield, Afghanistan.

**EQUIPMENT**
(PAI as of Sept. 30, 2003)

| | |
|---|---:|
| Helicopter | 15 |
| Tanker | 217 |
| Transport | 306 |

| UNIT | BASE | WEAPONS |
|---|---|---|
| 6th Air Mobility Wing | MacDill AFB, Fla. | C-37, KC-135 |
| 19th Air Refueling Group | Robins AFB, Ga. | KC-135 |
| 22nd Air Refueling Wing | McConnell AFB, Kan. | KC-135 |
| 43rd Airlift Wing | Pope AFB, N.C. | C-130 |
| 60th Air Mobility Wing | Travis AFB, Calif. | C-5, KC-10 |
| 62nd Airlift Wing | McChord AFB, Wash. | C-17 |
| 89th Airlift Wing | Andrews AFB, Md. | C-9, C-20, C-32, C-37, C-40, VC-25, UH-1 |
| 92nd Air Refueling Wing | Fairchild AFB, Wash. | KC-135 |
| 305th Air Mobility Wing | McGuire AFB, N.J. | C-141, KC-10 |
| 317th Airlift Group | Dyess AFB, Tex. | C-130 |
| 319th Air Refueling Wing | Grand Forks AFB, N.D. | KC-135 |
| 375th Airlift Wing | Scott AFB, Ill. | C-21 |
| 436th Airlift Wing | Dover AFB, Del. | C-5 |
| 437th Airlift Wing | Charleston AFB, S.C. | C-17 |
| 463rd Airlift Group | Little Rock AFB, Ark. | C-130 |

## AIR MOBILITY COMMAND, SCOTT AFB, ILL.

**Commander**
Gen. John W. Handy

| 18th Air Force | Air Mobility Warfare Center | Defense Courier Service |
|---|---|---|
| Scott AFB, Ill. | Ft. Dix, N.J. | Ft. Meade, Md. |

## 18TH AIR FORCE (AMC), SCOTT AFB, ILL.

**Commander**
Lt. Gen. William Welser III

15th Expeditionary Mobility Task Force
Travis AFB, Calif.

21st Expeditionary Mobility Task Force
McGuire AFB, N.J.

| 6th Air Mobility Wing | 22nd Air Refueling Wing | 43rd Airlift Wing | 60th Air Mobility Wing | 62nd Airlift Wing |
|---|---|---|---|---|
| MacDill AFB, Fla. | McConnell AFB, Kan. | Pope AFB, N.C. | Travis AFB, Calif. | McChord AFB, Wash. |
| (C-37, KC-135) | (KC-135) | (C-130) | (C-5, KC-10) | (C-17) |
| | 89th Airlift Wing | 92nd Air Refueling Wing | 305th Air Mobility Wing | 319th Air Refueling Wing |
| | Andrews AFB, Md. | Fairchild AFB, Wash. | McGuire AFB, N.J. | Grand Forks, N.D. |
| | (C-9, C-20, C-32, C-37, C-40, VC-25, UH-1) | (KC-135) | (C-141, KC-10) | (KC-135) |
| | 375th Airlift Wing | | 436th Airlift Wing | 437th Airlift Wing |
| | Scott AFB, Ill. | | Dover AFB, Del. | Charleston AFB, S.C. |
| | (C-21) | | (C-5) | (C-17) |
| | 19th Air Refueling Group | 317th Airlift Group | 463rd Airlift Group | Tanker Airlift Control Center |
| | Robins AFB, Ga. | Dyess AFB, Tex. | Little Rock AFB, Ark. | Scott AFB, Ill. |
| | (KC-135) | (C-130) | (C-130) | |