IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SSGT. JASON A. ADKINS, USAF,** | : C.A.No.: 04-1453-JJF |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : |
| | : |
| | : |
| **DONALD H. RUMSFELD,** Secretary of Defense; **DR. JAMES G. ROCHE,** Secretary of the Air Force; **GENERAL JOHN W. HANDY,** Commander Air Mobility Command; **COL. JOHN I. PRAY JR.,** 436th Air Wing Commander, all in their official capacities, | : |
| | : |
| **Defendants.** | : |

**STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO FILE A REPLY BRIEF TO DEFENDANTS' MOTION TO DISMISS AND MOTION FOR A PRIVACY ACT PROTECTIVE ORDER**

In order to properly respond to defendants' motion, plaintiff requested defendants agree to an extension to file the reply brief. Defendants agreed to the extension. It is hereby STIPULATED and AGREED by and between plaintiff and defendants, subject to the approval of the Court, that:

1. The due date for plaintiff's Reply Brief to Defendants' Motion to Dismiss and Motion for a Privacy Act Protective Order is hereby extended until March 15, 2006.

| | |
|---|---|
| Dated: January 27, 2006 | Dated: January 27, 2006 |
| **THE NEUBERGER FIRM, P.A.** | **U.S. DEPARTMENT OF JUSTICE** |

–2–

| | |
|---|---|
| _____/S/_____<br>**Thomas S. Neuberger, Esq. (#243)**<br>**Stephen J. Neuberger, Esq. (#4440)**<br>Two East Seventh Street, Suite 302<br>Wilmington, Delaware 19801-3707<br>(302) 652-3792<br>SJN@NeubergerLaw.com<br><br>**ARNOLD & PORTER LLP**<br><br>_____/S/_____<br>**Joshua Brook**<br>**M. Katherine Stroker**<br>555 12th St. NW<br>Washington, D.C. 20005<br>(202) 942-5000<br><br>*Attorneys for Plaintiff* | _____/S/_____<br>**Jeffrey D. Kahn, Esq**<br>Trial Attorney, Federal Programs Branch<br>Civil Division, U.S. Department of Justice<br>P.O. Box 883 Ben Franklin Station<br>20 Massachusetts Ave., N.W.<br>Washington D.C. 20044<br>(202) 514-3716<br>Jeffrey.Kahn@usdoj.gov<br><br>*Attorney for Defendants* |

      **IT IS SO ORDERED** this _____ day of January, 2006.

_____
**THE HONORABLE JOSEPH J. FARNAN JR.**
**UNITED STATES DISTRICT JUDGE**

–3–

## CERTIFICATE OF SERVICE

I, Stephen J. Neuberger, being a member of the bar of this Court, do hereby certify that on January 27, 2006, I electronically filed this **Stipulation** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Jeffrey D. Kahn
P.O. Box 883 Ben Franklin Station
20 Massachusetts Ave., N.W.
Washington D.C. 20044
Email: Jeffrey.Kahn@usdoj.gov


    /s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ.**