IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT. JASON A. ADKINS, USAF, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD H. RUMSFELD, Secretary of Defense; ) <br> JAMES G. ROCHE, Secretary of the Air Force; ) <br> GEN. JOHN W. HANDY, Commander Air ) <br> Mobility Command, COL. JOHN I. PRAY, JR., ) <br> 436th Air Wing Commander, in their official ) <br> capacities, ) <br> ) <br> Defendants. ) | Civ. Act. No. 04-1453-JJF |

MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Alexander W. Major to represent Plaintiff Jason Adkins in this matter.

Respectfully Submitted,

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

1

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SSGT. JASON A. ADKINS, USAF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 04-1453-JJF |
| | ) | |
| DONALD H. RUMSFELD, Secretary of Defense; | ) | |
| JAMES G. ROCHE, Secretary of the Air Force; | ) | |
| GEN. JOHN W. HANDY, Commander Air | ) | |
| Mobility Command, COL. JOHN I. PRAY, JR., | ) | |
| 436th Air Wing Commander, in their official | ) | |
| capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                                        United States District Judge

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT. JASON A. ADKINS, USAF, <br><br> Plaintiff, <br><br> v. <br><br> DONALD H. RUMSFELD, Secretary of Defense; <br> JAMES G. ROCHE, Secretary of the Air Force; <br> GEN. JOHN W. HANDY, Commander Air <br> Mobility Command, COL. JOHN I. PRAY, JR., <br> 436th Air Wing Commander, in their official <br> capacities, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. Act. No. 04-1453-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as member of the Bar of District of Columbia, Maryland, and New Jersey and pursuant to Local Rule 85.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/11/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
**Arnold & Porter LLP**
**Alexander Major, Esq.**
555 12th Street, NW
Washington, DC 20004
202-942-5000 (phone)
202-942-5999 (fax)

**Attorney for Plaintiff Jason Adkins**

Dated January 31, 2006

**CERTIFICATE OF SERVICE**

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on February 1, 2006, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Rudolph Contreras, Esq.
>Assistant U.S. Attorney
>Chief, Civil Division, U.S. Department of Justice
>1007 N. Orange Street, Suite 700
>Wilmington, DE 19899-2046
>Rudolph.Contreras@usdoj.gov
>
>Jeffrey D. Kahn, Esq.
>Trial Attorney, Federal Programs Branch
>Civil Division, U.S. Department of Justice
>P.O. Box 883 Ben Franklin Station
>20 Massachusetts Ave., N.W.
>Washington, DC 20044
>Jeffrey.Kahn@usdoj.gov

>/s/ Stephen J. Neuberger
>**STEPHEN J. NEUBERGER, ESQUIRE**