IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SSGT. JASON A. ADKINS, USAF,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | C.A.No. 04-1453-JJF |
| : | |
| : | |
| **DONALD H. RUMSFELD, Secretary of Defense;** : | |
| **DR. JAMES G. ROCHE, Secretary of the Air Force;** : | |
| **GENERAL JOHN W. HANDY, Commander Air** : | |
| **Mobility Command; COL. JOHN I. PRAY JR., 436th** : | |
| **Air Wing Commander, all in their official capacities,** : | |
| : | |
| **Defendants.** : | |

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

Pursuant to D.Del. LR 83.7, please withdraw the appearance of Joshua A. Brooks, Esquire of Arnold & Porter LLP as counsel for plaintiff in this proceeding. All other counsel of record for plaintiff remain, including undersigned counsel who is a member of the Bar of this Court.

                                                      Respectfully Submitted,

                                                      **THE NEUBERGER FIRM, P.A.**

                                                      /s/ Stephen J. Neuberger
                                                      **THOMAS S. NEUBERGER, ESQ. (#243)**
                                                      **STEPHEN J. NEUBERGER, ESQ. (#4440)**
                                                      Two East Seventh Street, Suite 302
                                                      Wilmington, DE 19801
                                                      (302) 655-0582
                                                      TSN@NeubergerLaw.com
                                                      SJN@NeubergerLaw.com

Dated: February 1, 2006                      Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **SSGT. JASON A. ADKINS, USAF,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A.No. 04-1453-JJF |
| | : | |
| | : | |
| **DONALD H. RUMSFELD, Secretary of Defense;** | : | |
| **DR. JAMES G. ROCHE, Secretary of the Air Force;** | : | |
| **GENERAL JOHN W. HANDY, Commander Air** | : | |
| **Mobility Command; COL. JOHN I. PRAY JR., 436th** | : | |
| **Air Wing Commander, all in their official capacities,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Plaintiff's motion to withdraw the appearance Joshua A. Brooks, Esquire of Arnold & Porter LLP as counsel for plaintiff in this matter is **GRANTED**.

IT IS SO ORDERED this _____ day of _____, 2006.

_____
**THE HONORABLE JOSEPH J. FARNAN JR.**

**CERTIFICATE OF SERVICE**

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on February 1, 2006, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Rudolph Contreras, Esq.
>Assistant U.S. Attorney
>Chief, Civil Division, U.S. Department of Justice
>1007 N. Orange Street, Suite 700
>Wilmington, DE 19899-2046
>Rudolph.Contreras@usdoj.gov
>
>Jeffrey D. Kahn, Esq.
>Trial Attorney, Federal Programs Branch
>Civil Division, U.S. Department of Justice
>P.O. Box 883 Ben Franklin Station
>20 Massachusetts Ave., N.W.
>Washington, DC 20044
>Jeffrey.Kahn@usdoj.gov


>/s/ Stephen J. Neuberger
>**STEPHEN J. NEUBERGER, ESQ.**