IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT. JASON A. ADKINS, USAF, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A.No. 04-1453-JJF |
| | : |
| DONALD H. RUMSFELD, Secretary of Defense; | : |
| DR. JAMES G. ROCHE, Secretary of the Air Force; | : |
| GENERAL JOHN W. HANDY, Commander Air | : |
| Mobility Command; COL. JOHN I. PRAY JR., 436th | : |
| Air Wing Commander, all in their official capacities, | : |
| | : |
| Defendants. | : |

## ORDER

Plaintiff's motion to withdraw the appearance Joshua A. Brooks, Esquire of Arnold & Porter LLP as counsel for plaintiff in this matter is **GRANTED**.

IT IS SO ORDERED this 16 day of February, 2006.

_____
THE HONORABLE JOSEPH J. FARNAN JR.