IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT. JASON A. ADKINS, USAF, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD H. RUMSFELD, Secretary of Defense; ) <br> JAMES G. ROCHE, Secretary of the Air Force; ) <br> GEN. JOHN W. HANDY, Commander Air Mobility) <br> Wing; COL. JOHN I. PRAY, JR., 436th Air Wing ) <br> Commander, in their official capacities, ) <br> ) <br> Defendants. ) | C.A. NO.: 04-1453-JJF |

**STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE REPLY BRIEFS IN FURTHER SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS AND FOR A PROTECTIVE ORDER AND TO FILE AN ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE**

It is hereby STIPULATED and AGREED by and between plaintiff and defendants, subject to the approval of the Court, that:

1. The due date for defendants' reply brief in further support of defendants' motion for a protective order and to file four exhibits under seal [Docket No. 27] is hereby extended until Tuesday, May 2, 2006;

2. The due date for defendants' reply brief in further support of defendants' motion to dismiss [Docket No. 28] is hereby extended until Tuesday, May 2, 2006;

3. The due date for defendants' answering brief in opposition to plaintiff's motion to strike [Docket No. 38] is hereby extended until Tuesday, May 2, 2006.

Dated: March 17, 2006

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**Stephen J. Neuberger, Esq. (# 4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
SJN@NeubergerLaw.com

*Attorneys for Plaintiff*

Dated: March 17, 2006

**U.S. DEPARTMENT OF JUSTICE**

/s/ Jeffrey D. Kahn
**Jeffrey D. Kahn, Esq. (MI Bar # P65270)**
Trial Attorney, Federal Programs Branch
Civil Division, U.S. Department of Justice
P.O. Box 883 Ben Franklin Station
20 Massachusetts Ave., N.W.
Washington D.C. 20044
(202) 514-3716
Jeffrey.Kahn@usdoj.gov

*Attorneys for Defendants*

**IT IS SO ORDERED** this _____ day of March, 2006.

_____
**THE HONORABLE JOSEPH J. FARNAN JR.
UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March 2006, I electronically filed the attached STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE REPLY BRIEFS IN FURTHER SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS AND FOR A PROTECTIVE ORDER AND TO FILE AN ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Stephen J. Neuberger, Esq.
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
SJN@NeubergerLaw.com


/s/ Jeffrey D. Kahn
Jeffrey D. Kahn, Esq. (MI Bar # P65270)
Trial Attorney, Federal Programs Branch
Civil Division, U.S. Department of Justice
P.O. Box 883 Ben Franklin Station
20 Massachusetts Ave., N.W.
Washington D.C. 20044
(202) 514-3716
Jeffrey.Kahn@usdoj.gov

*Attorney for Defendants*