IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SSGT. JASON A. ADKINS, USAF, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action. No. 04-1453-JJF |
| | : | |
| DONALD H. RUMSFELD, | : | |
| Secretary of Defense; et al., | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL
AND ENTRY OF APPEARANCE**

Notice is hereby given to the substitution of Douglas E. McCann in place of Rudolph Contreras as the attorney for the Defendants in the above-captioned case.

                                                  Respectfully Submitted,

                                                  COLM F. CONNOLLY
                                                  United States Attorney

                                        BY: /s/ Douglas E. McCann
                                            Douglas E. McCann
                                            Assistant United States Attorney
                                            Delaware Bar I.D. No. 3852
                                            The Nemours Building
                                            1007 Orange Street, Suite 700
                                            P.O. Box 2046
                                            Wilmington, Delaware 19899-2046
                                            (302) 573-6277

Dated: April 10, 2006

## CERTIFICATE OF SERVICE

      I, Douglas E. McCann, hereby certify that I caused copies of the foregoing Notice of Substitution of Counsel and Entry of Appearance to be served this 10th day of April, 2006 on the following counsel in the manner indicated:

**BY CM/ECF**
Stephen J. Neuberger
The Neuberger Firm, P.A.
2 East 7th Street
Suite 302
Wilmington, DE 19801
(302) 655-0582


   /s/ Douglas E. McCann
Douglas E. McCann (#3852)