IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SSGT. JASON A. ADKINS, USAF, | ) | C.A. NO.: 04-1453 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF SUBSTITUTION** |
| | ) | **OF COUNSEL** |
| DONALD H. RUMSFELD, Secretary of Defense; | ) | |
| JAMES G. ROCHE, Secretary of the Air Force; | ) | |
| GEN JOHN W. HANDY, Commander Air Mobility | ) | |
| Command; COL JOHN I. PRAY, JR., 436th Air | ) | |
| Wing Commander, in their official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Samuel C. Kaplan, Trial Attorney at the Department of Justice, Civil Division, Federal Programs Branch, and substitutes his appearance for that of Jeffrey D. Kahn, on behalf of Defendants in the above-captioned case.

| | |
|---|---|
| Dated: May 2, 2006 | Respectfully submitted, |
| | PETER D. KEISLER |
| Of Counsel: | Assistant Attorney General |
| LT COL DONNA MARIE VERCHIO | COLM F. CONNOLLY |
| Staff Judge Advocate | United States Attorney |
| Dover Air Force Base | |
| MAJ CHARLES D. MUSSELMAN, JR. | DOUGLAS McCANN |
| Military Personnel Branch | Assistant United States Attorney |
| General Litigation Division | Chief, Civil Division |
| Air Force Legal Services Agency | |
| | VINCENT M. GARVEY |
| | Deputy Branch Director |
| | |
| | /s/ Samuel C. Kaplan |
| | SAMUEL C. KAPLAN (DC Bar # 463350) |
| | Trial Attorney, Federal Programs Branch |
| | Civil Division, U.S. Department of Justice |
| | P.O. Box 883, 20 Massachusetts Ave., N.W. |
| | Washington, D.C. 20044 |
| | Tel: (202) 514-4686 |
| | Fax: (202) 616-8202 |
| | samuel.kaplan@usdoj.gov |
| | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

      I certify that on May 2, 2006, I electronically filed the foregoing Notice of Substitution of Counsel with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Thomas S. Neuberger
Email: tsn@neubergerlaw.com

Stephen J. Neuberger
Email: SJN@NeubergerLaw.com

                                                                       _____
                                                                        SAMUEL C. KAPLAN (DC Bar No. 463350)