IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SSGT. JASON A. ADKINS, USAF, | ) | C.A. NO.: 04-1453 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **REPLY TO PLAINTIFF'S** |
| | ) | **ANSWERING BRIEF IN** |
| DONALD H. RUMSFELD, Secretary of Defense; | ) | **OPPOSITION TO** |
| JAMES G. ROCHE, Secretary of the Air Force; | ) | **DEFENDANTS' MOTION** |
| GEN. JOHN W. HANDY, Commander Air Mobility | ) | **TO DISMISS AND** |
| Command; COL. JOHN I. PRAY, JR., 436th Air | ) | **DEFENDANTS' ANSWERING** |
| Wing Commander, in their official capacities, | ) | **BRIEF IN OPPOSITION TO** |
| | ) | **PLAINTIFF'S MOTION** |
| Defendants. | ) | **TO STRIKE** |

**EXHIBIT 1:**

**AFFIDAVIT OF JOSEPH A. HELMAN**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SSGT JASON A. ADKINS, USAF, | ) | C.A. NO.: 04-1453-JJF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD H. RUMSFELD, Secretary of Defense; | ) | |
| JAMES G. ROCHE, Secretary of the Air Force; | ) | |
| GEN JOHN W. HANDY, Commander Air Mobility Wing; COL JOHN I. PRAY, JR., 436th Air Wing Commander, in their official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF JOSEPH A. HELMAN

I, Joseph A. Helman, state under penalty of perjury the following:

1. I am a Master Sergeant in the United States Air Force. I am currently stationed at Randolph Air Force Base, Texas, where I serve as the Non-Commissioned Officer In Charge (NCOIC) of Records Procedures and as a custodian of Master Personnel Records. I have served in that capacity since May 31, 2005.

2. On April 21, 2006, I reviewed the Master Personnel Record Group (MPerRGp), on Jason A. Adkins, which consists of the Master Personnel Record, maintained electronically on the Automated Records Management System (ARMS); and the Unit Personnel Record Group, which was sent to us by the 436th Mission Support Sq, Dover AFB DE on May 18, 2005, and becomes part of the MPerRGp once an individual is discharged or

retires. This is the only official Air Force personnel record maintained for Jason A. Adkins.

3. I have verified that no letter of reprimand, dated October 22, 2004, or any written response to a letter of reprimand, dated October 26, 2004, or any references to any such documents are contained anywhere within the MPerRGp of Jason A. Adkins.

Dated: April 21, 2006

/s/ MSgt Joseph A. Helman, USAF