IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SSGT. JASON A. ADKINS, USAF, | ) | C.A. NO.: 04-1453 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **REPLY TO PLAINTIFF'S** |
| | ) | **ANSWERING BRIEF IN** |
| DONALD H. RUMSFELD, Secretary of Defense; | ) | **OPPOSITION TO** |
| JAMES G. ROCHE, Secretary of the Air Force; | ) | **DEFENDANTS' MOTION** |
| GEN. JOHN W. HANDY, Commander Air Mobility | ) | **TO DISMISS AND** |
| Command; COL. JOHN I. PRAY, JR., 436th Air | ) | **DEFENDANTS' ANSWERING** |
| Wing Commander, in their official capacities, | ) | **BRIEF IN OPPOSITION TO** |
| | ) | **PLAINTIFF'S MOTION** |
| Defendants. | ) | **TO STRIKE** |

**EXHIBIT 3:**

**AFFIDAVIT OF REGINA A. NESBITT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT JASON A. ADKINS, USAF, ) | C.A. NO.: 04-1453-JJF |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DONALD H. RUMSFELD, Secretary of Defense; ) | |
| JAMES G. ROCHE, Secretary of the Air Force; ) | |
| GEN JOHN W. HANDY, Commander Air Mobility) | |
| Wing; COL JOHN I. PRAY, JR., 436th Air Wing ) | |
| Commander, in their official capacities, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF REGINA A. NESBITT

I, Regina A. Nesbitt, state under penalty of perjury the following:

1. I am a Staff Sergeant in the United States Air Force. I am currently stationed at Dover Air Force Base where I serve as the Non-Commissioned Officer In Charge of the Commander Support Staff in the Third Airlift Squadron, a component of the 436th Airlift Wing. In that capacity, I am responsible for all internal and external administrative correspondence of Third Airlift Squadron. I have served in that capacity since December 2003.

2. On 11 May 2005, I returned SSgt Jason A. Adkins' original Personnel Information File (PIF) to him in accordance with the Records Disposition schedule of the (AFRIMS) Air Force Records Information Management

1

System website (https://webrims.amc.af.mil). (See attachment, Column D Disposition).

3. The PIF is a squadron member's unofficial personnel information file. The Third Airlift squadron does not make or retain a copy of an individual's PIF upon his or her separation from the Air Force, and did not make or retain a copy of SSgt Adkins' PIF.

4. An Unfavorable Information File (UIF) is an official record of unfavorable information about an individual. SSgt Adkins did not have a UIF.

5. The official personnel information file, the Unit Personnel Record Group (UPRG), is the only other type of personnel file maintained for a squadron member. Upon separation from the Air Force, SSgt Adkin's UPRG was forwarded from the 436th Mission Support Squadron, Dover AFB, to the Air Force Personnel Center at Randolph AFB, Texas.

Dated: April 21, 2006

Regina A. Nesbitt, SSgt, USAF

2