IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT JASON A. ADKINS, USAF,        )<br>                                                              )<br>            Plaintiff,                            )<br>                                                              )<br>      v.                                                 )<br>                                                              )<br>DONALD H. RUMSFELD, Secretary of Defense;   )<br>JAMES G. ROCHE, Secretary of the Air Force;      )<br>GEN. JOHN W. HANDY, Commander Air                )<br>Mobility Command, COL. JOHN I. PRAY, JR.,        )<br>436th Air Wing Commander, in their official           )<br>capacities,                                                                  )<br>                                                                                  )<br>            Defendants.                                              ) | Civ. Act. No. 04-1453-JJF |

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

Pursuant to D.Del. LR 83.7, please withdraw the appearances of M. Katherine Stroker, Esquire of Arnold & Porter LLP and Melvin Spaeth, Esquire of Arnold & Porter LLP as counsel for plaintiff in this proceeding. All other counsel of record for plaintiff remain, including undersigned counsel who is a member of the Bar of this Court.

Respectfully Submitted,

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Attorneys for Plaintiff Jason A. Adkins

Dated:  September 20, 2006

**IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **SSGT JASON A. ADKINS, USAF,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DONALD H. RUMSFELD, Secretary of Defense;** )<br>**JAMES G. ROCHE, Secretary of the Air Force;** )<br>**GEN. JOHN W. HANDY, Commander Air** )<br>**Mobility Command, COL. JOHN I. PRAY, JR.,** )<br>**436th Air Wing Commander, in their official** )<br>**capacities,** )<br>)<br>**Defendants.** ) | **Civ. Act. No. 04-1453-JJF** |

# **ORDER**

Plaintiff's motion to withdraw the appearances of M. Katherine Stroker, Esquire of Arnold & Porter LLP and Melvin Spaeth, Esquire of Arnold & Porter LLP as counsel for plaintiff in this matter is hereby **GRANTED**.


IT IS SO ORDERED this _____ day of _____, 2006.


_____
**THE HONORABLE JOSEPH J. FARNAN JR.**

## **CERTIFICATE OF SERVICE**

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on September 20, 2006, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

    Samuel C. Kaplan, Esq.
    Trial Attorney, Federal Programs Branch
    Civil Division, U.S. Department of Justice
    P.O. Box 883
    20 Massachusetts Ave., N.W.
    Washington, DC 20044
    samuel.kaplan@usdoj.gov

    Douglas E. McCann, Esq.
    U.S. Attorney's Office
    1007 Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, DE 19899-2046
    douglas.mccann@usdoj.gov

    /s/ Stephen J. Neuberger
    **STEPHEN J. NEUBERGER, ESQUIRE**