IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT. JASON A. ADKINS, USAF,<br><br>Plaintiff,<br><br>v.<br><br>DONALD H. RUMSFELD, Secretary of Defense;<br>JAMES G. ROCHE, Secretary of the Air Force;<br>GEN. JOHN W. HANDY, Commander Air<br>Mobility Command, COL. JOHN I. PRAY, JR.,<br>436th Air Wing Commander, in their official<br>capacities,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civ. Act. No. 04-1453-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of **Ryan L. Richardson** to represent **Plaintiff Jason Adkins** in this matter.

Signed:

_____
STEPHEN J. NEUBERGER, ESQ. (#4440)
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801-3707
(302) 652-3792

Date: 12/20/06

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and Washington, D.C., and pursuant to Local Rule 85.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Signed: *Ryan Richardson*

Date: 12-15-06

Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004
202-942-5000 (phone)
202-942-5999 (fax)

**CERTIFICATE OF SERVICE**

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on December 20, 2006, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Samuel C. Kaplan, Esq.
> Trial Attorney, Federal Programs Branch
> Civil Division, U.S. Dept. of Justice
> P.O. Box 833
> 20 Massachusetts Ave., N.W.
> Washington, D.C. 20044
> samuel.kaplan@usdoj.gov
>
> Douglas E. McCann, Esq.
> U.S. Attorney's Office
> 1007 Orange Street, Suite 700
> P.O. Box 2046
> Wilmington, DE 19899-2046
> douglas.mccann@usdoj.gov
>
> /s/ Stephen J. Neuberger
> **STEPHEN J. NEUBERGER, ESQ.**