IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SSGT. JASON A. ADKINS, USAF,         :
                                     :
            Plaintiff,               :
                                     :
     v.                              :   Civil Action No. 04-1453-JJF
                                     :
DONALD H. RUMSFELD,                  :
Secretary of Defense, et al.,        :
                                     :

**ORDER**

At Wilmington, this 18 day of January 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that

1.  Defendants' Motion To Reconsider Denial Of Motion To Dismiss (D.I. 48) is **DENIED.**

2.  Within **ten (10) days** of the date of this Order, the parties shall file a stipulated proposed Scheduling Order for limited discovery, or if one cannot be agreed to, their respective proposals as outlined by the Court in its August 24, 2006 Memorandum Opinion.

/s/ Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE