## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT JASON A. ADKINS, USAF, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD H. RUMSFELD, Sec. of Defense; )<br>JAMES G. ROCHE, Secretary of the Air Force;)<br>GEN. JOHN W. HANDY, Commander Air )<br>Mobility Command, COL. JOHN I. PRAY, JR.,)<br>436th Air Wing Commander, in their official )<br>capacities, )<br>)<br>Defendants. ) | Civ. Act. No. 04-1453-JJF |

## NOTICE OF SERVICE

I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on February 7, 2007, I caused the foregoing Rule 26(A) Disclosures Of Plaintiff Jason Adkins to be served via U.S. Mail with a courtesy copy Email on the following:

>Samuel C. Kaplan, Esq.
>Trial Attorney, Federal Programs Branch
>Civil Division, U.S. Department of Justice
>P.O. Box 883
>20 Massachusetts Ave., N.W.
>Washington, DC 20044
>samuel.kaplan@usdoj.gov


/s/ Thomas S. Neuberger
**THOMAS S. NEUBERGER, ESQUIRE**