IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT. JASON A. ADKINS, USAF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO. 04-1453 |
| ) | |
| ROBERT M. GATES, Secretary of Defense; ) | |
| MICHAEL W. WYNNE, Secretary of the Air ) | |
| Force, GEN. DUNCAN J. McNABB, Commander ) | |
| Air Mobility Command; COL. SAMUEL D. COX, ) | |
| 436th Air Wing Commander, in their official ) | |
| capacities, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

Pursuant to D.Del. LR 83.7, please withdraw the appearances of Susan B. Cassidy, Esquire of Arnold & Porter LLP as counsel for plaintiff in this proceeding. All other counsel of record for plaintiff remain, including undersigned counsel who is a member of the Bar of this Court.

    Respectfully Submitted,
    **THE NEUBERGER FIRM, P.A.**

    /s/ Stephen J. Neuberger
    **THOMAS S. NEUBERGER, ESQ. (#243)**
    **STEPHEN J. NEUBERGER, ESQ. (#4440)**
    Two East Seventh Street, Suite 302
    Wilmington, DE 19801
    (302) 655-0582
    TSN@NeubergerLaw.com
    SJN@NeubergerLaw.com
    Attorneys for Plaintiff Jason A. Adkins

Dated: May 22, 2007