IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SSGT JASON A. ADKINS, USAF,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **ROBERT M. GATES, Secretary of Defense;** ) <br> **MICHAEL W. WYNNE, Secretary of the** ) <br> **Air Force, GEN DUNCAN J. McNABB,** ) <br> **Commander Air Mobility Command; COL** ) <br> **SAMUEL D. COX, 436th Air Wing** ) <br> **Commander, in their official capacities,** ) <br> ) <br> **Defendants**. ) | C.A. NO.: 04-1453-JJF |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff Jason Adkins will take the deposition by oral examination of the following individuals at the times and dates indicated at the offices of Arnold & Porter LLP, 555 12th Street NW, Washington D.C. 20004 (or other location mutually agreed upon by the parties). The depositions will commence at 9:00 a.m. and will continue day to day until completed. The deposition will be taken before an officer authorized to administer oaths and will be recorded stenographically. You are invited to attend and participate in the deposition.

| **Name** | **Date and Time** |
|---|---|
| Sergeant Curtis L. Funk, USAF | August 22, 2007 at 9:00 am |
| Sergeant Terence A. Miller, USAF | August 23, 2007 at 9:00 am |
| Lt. Col. Christos Vasilas, USAF | August 27, 2007 at 9:00 am |
| Senior Master Sergeant Ronald J. Mahoney | August 28, 2007 at 9:00 am |

- 1 -

Dated: July 17, 2007

          **THE NEUBERGER FIRM, P.A.**

          /s/ Stephen J. Neuberger
          **THOMAS S. NEUBERGER, ESQ. (#243)**
          **STEPHEN J. NEUBERGER, ESQ. (#4440)**
          Two East Seventh Street, Suite 302
          Wilmington, DE 19801
          (302) 655-0582
          TSN@NeubergerLaw.com
          SJN@NeubergerLaw.com

          and

          **ARNOLD & PORTER L.L.P.**

          **RYAN RICHARDSON, ESQ.**
          **ALEXANDER MAJOR, ESQ**
          555 12th Street, NW
          Washington, DC 20004
          202-942-5000 (phone)
          202-942-5999 (fax)
          Alexander.Major@aporter.com
          Ryan.Richardson@aporter.com

          *Attorneys for Plaintiff Jason A. Adkins*

          **THE RUTHERFORD INSTITUTE**

          **JOHN W. WHITEHEAD, ESQ.**
          **DOUGLAS MCKUSICK, ESQ.**
          P.O. Box 7482
          Charlottesville, VA 22906
          (434) 978-3888
          JohnW@Rutherford.org
          DouglasM@Rutherford.org

          *Of Counsel*

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SSGT JASON A. ADKINS, USAF,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ROBERT M. GATES, Secretary of Defense;** )<br>**MICHAEL W. WYNNE, Secretary of the** )<br>**Air Force, GEN DUNCAN J. McNABB,** )<br>**Commander Air Mobility Command; COL** )<br>**SAMUEL D. COX, 436th Air Wing** )<br>**Commander, in their official capacities,** )<br>)<br>**Defendants**. ) | **C.A. NO.: 04-1453-JJF** |

## CERTIFICATE OF SERVICE

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on July 17, 2007, I electronically filed this Pleading with the Clerk of the Court using CM/ECF which will send notification of such filing to individual listed below and also served courtesy copies on him via U.S. Mail and E-mail.:

        Daniel Bensing, Esq.
        Trial Attorneys, Federal Programs Branch
        Civil Division, U.S. Department of Justice
        P.O. Box 883
        20 Massachusetts Ave., N.W.
        Washington, DC 20044
        daniel.bensing@usdoj.gov


        /s/ Stephen J. Neuberger
        **STEPHEN J. NEUBERGER, ESQUIRE**