**IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **SSGT JASON A. ADKINS, USAF,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ROBERT M. GATES, Secretary of Defense;** )<br>**MICHAEL W. WYNNE, Secretary of the Air** )<br>**Force, GEN DUNCAN J. McNABB, Commander** )<br>**Air Mobility Command; COL SAMUEL D.** )<br>**COX, 436th Air Wing Commander, in their** )<br>**official capacities,** )<br>)<br>**Defendants**. ) | **C.A. NO.: 04-1453-JJF** |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on July 17, 2007, I caused plaintiff's foregoing First Request for the Production of Documents to be served via U.S. Mail with a courtesy copy via Email on the following individual:

>Daniel Bensing, Esq.
>Trial Attorneys, Federal Programs Branch
>Civil Division, U.S. Department of Justice
>P.O. Box 883
>20 Massachusetts Ave., N.W.
>Washington, DC 20044
>daniel.bensing@usdoj.gov


>/s/ Stephen J. Neuberger
>**STEPHEN J. NEUBERGER, ESQUIRE**