IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SSGT JASON A. ADKINS, USAF,

      Plaintiff,

   v.                                C.A. NO.: 04-1453-JJF

ROBERT M. GATES, Secretary of Defense;
MICHAEL W. WYNNE, Secretary of the Air Force,
GEN DUNCAN J. McNABB, Commander Air
Mobility Command; COL SAMUEL D. COX, 436th
Air Wing Commander, in their official capacities,

      Defendants.

## STIPULATION TO EXTEND
## THE TIME PERIOD FOR DISCOVERY

Pursuant to this Court's January 30, 2007 Scheduling Order, the discovery period in this case is scheduled to run through August 31,2007. Because the parties have been and continue to be engaged in settlement negotiations and additional time is needed to enable the parties to complete these negotiations, it is hereby STIPULATED AND AGREED by and between plaintiff and defendants, subject to the approval of the Court, that the period for discovery shall be extended until **November 29, 2007.**

Dated:  August 15, 2007

| | |
|---|---|
| **THE NEUBERGER FIRM** | **U.S. DEPARTMENT OF JUSTICE** |
| /s/ Stephen J. Neuberger | /s/ Daniel Bensing |
| **Stephen J. Neuberger, Esq. (#4440)** | **Daniel Bensing, Esq.  (D.C. #334268)** |
| Two East Seventh Street, Suite 302 | Trial Attorney, Federal Programs Branch |
| Wilmington, DE 19801 | Civil Division, U.S. Department of Justice |
| (302) 655-0582 | 20 Massachusetts Ave., N.W., |
| SJN@NeubergerLaw.com | Washington, D.C. 20044 |
| | (202) 305-0693 |
| | daniel.bensing@doj.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**IT IS SO ORDERED** this ____day of August, 2007.

_____
**THE HONORABLE JOSEPH J. FARNAN JR.
UNITED STATES DISTRICT JUDGE**