IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SSGT. JASON A. ADKINS, USAF, | ) | C.A. NO.: 04-1453 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF SUBSTITUTION |
| | ) | OF COUNSEL |
| DONALD H. RUMSFELD, Secretary of Defense; | ) | |
| JAMES G. ROCHE, Secretary of the Air Force; | ) | |
| GEN JOHN W. HANDY, Commander Air Mobility | ) | |
| Command: COL JOHN I. PRAY, JR., 436th Air | ) | |
| Wing Commander, in their official capacities | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Daniel Bensing, Senior Counsel at the Department of Justice, Civil Division, Federal Programs Branch, and substitutes his appearance for that of Samuel C. Kaplan on behalf of Defendants in the above-captioned case.

Dated: September 20, 2007            Respectfully submitted

                                     PETER D. KEISLER
                                     Assistant Attorney General

                                     COLM F. CONNOLLY
                                     United States Attorney

                                     DOUGLAS McCANN
                                     Assistant United States Attorney
                                     Chief, Civil Division

                                     VINCENT M. GARVEY
                                     Deputy Branch Director


                                     _____/s/_____
                                     DANIEL BENSING (DC Br No. 334268)
                                     Senior Counsel, Federal Programs Branch

Civil Division, U.S. Department of Justice
P.O. Box 833, 20 Massachusetts Ave, N.W.
Washington, D.C. 20044
Tel: (202) 305-0693
Fax: (202) 616-8460
Daniel.Bensing@USDOJ.gov
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I certify that on September 20, 2007, I mailed the foregoing Notice of Substitution of on the following counsel for plaintiff:

>Ryan Richardson
>Arnold & Porter LLP
>555 Twelfth Street, NW
>Washington, DC  20004-1206

                                                      DANIEL BENSING