IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SSGT. JASON A. ADKINS, USAF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 04-1453 - JJF |
| ) | |
| ROBERT M. GATES, Secretary of ) | |
|   Defense, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby agree and stipulate, pursuant to Fed. R. Civil P. 41(a)(1)(ii), that this action is hereby dismissed with prejudice, with each party to bear its own expenses, costs and attorney fees.

JASON A. ADKINS, Plaintiff

Date: 11/29/2007          BY: /s/ Ryan L. Richardson
                              Ryan L. Richardson
                              Counsel for Plaintiff
                              Arnold & Porter
                              555 12th St., N.W.
                              Washington, D.C. 20004-1206


                              /s/ Stephen J. Neuberger
                              Stephen J. Neuberger, Esq. (#4440)
                              Counsel for Plaintiff
                              Two East Seventh Street, Suite 302
                              Wilmington, DE 19801
                              (302) 655-0582

ROBERT GATES, SECRETARY OF DEFENSE, et al., Defendants

Date: 11/29/2007        BY:    /s/ Daniel Bensing
                                Daniel Bensing
                                Counsel for Defendants
                                Federal Programs Branch
                                Civil Division
                                United States Department of Justice
                                20 Massachusetts Ave., N.W.
                                Room 6114
                                Washington, D.C. 20530